O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                                          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 12.3.13

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE C. WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KIDILEY, et al.,<br><br>　　　　　　　Defendants. | Case No. EDCV 12-2272-AG (RNB)<br><br>ORDER ACCEPTING FINDINGS<br>AND RECOMMENDATIONS<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) defendant Mindoro's Motion to Dismiss is granted; (2) the Complaint is dismissed without leave to amend as to both defendants; and (3) Judgment be entered dismissing this action with prejudice.

DATED: NOV 27, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE