JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-3-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
DEC - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC - 3 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LONNIE C. WILLIAMS,

    Plaintiff,

vs.

KIDILEY, et al.,

    Defendants.

Case No. EDCV 12-2272-AG (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: Nov. 27, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE